# IN THE SUPREME COURT OF THE STATE OF NEVADA

MEGAN O. WALSH; AND NATHANIEL M. WALSH,

Appellants,

vs.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, ITS ASSIGNEES AND/OR SUCCESSORS,

Respondent.

No. 73174

**FILED**

JAN 0 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. Barry L. Breslow, District Judge
        J. Douglas Clark, Settlement Judge
        Megan O. Walsh
        Nathaniel M. Walsh
        McCarthy & Holthus, LLP/Las Vegas
        Washoe District Court Clerk

---

[1]Any relief regarding a bond must be sought in the district court. NRAP 7.

18-00078